# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

        Plaintiff,

                                            Case No. 07-CR-111

-vs-

**LARRY EDWARD TATE,**

        Defendant.

## DECISION AND ORDER

The defendant, Larry Edward Tate ("Tate"), challenges the Recommendation to this Court from Magistrate Judge Patricia J. Gorence which denied Tate's Motion to Suppress Search of Defendant.

The Court has read the submission, including the transcript of the suppression hearing, and rules as follows. The Court adopts the Magistrate Judge's Recommendation and the reasoning supporting same *in toto*. Accordingly, Tate's Motion to Suppress the Search of Defendant is **DENIED**.

Dated at Milwaukee, Wisconsin, this 26th day of September, 2007.

                                            **SO ORDERED,**

                                            **s/ Rudolph T. Randa**
                                            **HON. RUDOLPH T. RANDA**
                                            **Chief Judge**